No. 474. NAUMKEAG THEATRES CO., INC. *v.* NEW ENGLAND THEATRES, INC., ET AL. C. A. 1st Cir. Certiorari denied. *Timothy J. Davern* for petitioner. *Robert W. Meserve, John R. Hally* and *Stuart Aarons* for respondents.

No. 478. VILLAGE OF ALSIP *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Joseph Kovner* and *Herbert Grossman* for the United States.

No. 481. BABCOCK BOULEVARD LAND CO., INC., ET AL. *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *John B. Nicklas, Jr.,* for petitioners. *Walter E. Alessandroni,* Attorney General of Pennsylvania, and *George R. Specter* and *Robert W. Cunliffe,* Assistant Attorneys General, for respondent.

No. 485. DAVIS *v.* HOOVER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, ET AL. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondents.

No. 486. GUSOW ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *O. John Rogge* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Daniel H. Benson* for the United States.

No. 488. HULLUM, ADMINISTRATRIX *v.* ST. LOUIS SOUTHWESTERN RAILWAY CO. Ct. Civ. App. Tex., 12th Sup. Jud. Dist. Certiorari denied. *Max Garrett* for petitioner. *Clyde W. Fiddes* and *Jack W. Flock* for respondent.